# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOBAL GUTIERREZ PULIDO,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-09060-KES-SAB (HC)<br><br>ORDER VACATING NOVEMBER 25, 2026 HEARING DATE |

Petitioner filed a motion to compel on November 19, 2026. (ECF No. 7.) On the same day a Motion Hearing was set before the Court on November 25, 2026 at 9:00 am. (Id.)

The Court, having reviewed the record, finds the hearing date is not in compliance with the Local Rules, which provide that "The matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than thirty-five (35) days after service and filing of the motion." See Local Rule 230(b). Accordingly, the previously scheduled hearing set on November 25, 2026, is **VACATED** and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **November 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge